IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA A. GERMAN, | No. CIV S-09-2976-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is a stipulation for an extension of time for defendant to respond to plaintiff's motion for summary judgment. The parties have stipulated that defendant's response shall be filed on or before May 17, 2010.

APPROVED AND SO ORDERED.

DATED: April 21, 2010

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1