1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8985
       Facsimile:  (415) 744-0134
7      E-Mail: Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12

13  GLENDA A. GERMAN,              )
                                   )   CIVIL NO. 2:09-CV-02976-CMK
14         Plaintiff,              )
                                   )
15         v.                      )   STIPULATION AND ORDER FOR
                                   )   EXTENSION OF TIME
16  MICHAEL J. ASTRUE,             )
    Commissioner of                )
17  Social Security,               )
                                   )
18         Defendant.              )
    _____)

19

20

21      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

22  of the attached Order, that Defendant shall have a second extension of time of 4 days to respond to

23  Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of

24  the arguments for remand presented in Plaintiff's motion.  Defendant previously had one extension

25  of time of 30 days for this filing.   Defendant's new due date will be Friday, May 21, 2010, and the Court's

26  Scheduling Order shall be modified accordingly.

27  //

28  //

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: May 18, 2010 | /s/ Stephen A. Valizan<br>(As authorized via email)<br>STEPHEN A. VALIZAN<br>Attorney for Plaintiff |
| Dated: May 18, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | /s/ Brenda M. Pullin<br>BRENDA M. PULLIN<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 24, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE