BRUCE J. HAGEL [SBN 63531]
ELIZABETH GADE [SBN 161495]
STEPHEN A. VALIZAN [SBN 260861]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA A. GERMAN,<br>    Plaintiff,<br>   vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant | **CASE NO.: 2:09-CV-02976-CMK**<br><br>**STIPULATION AND ORDER STRIKING CERTAIN CITATIONS FROM PLAINTIFF'S OPENING AND REPLY BRIEFS** |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, to strike any and all references, citations, discussions of, or other materials submitted by plaintiff which refer to unpublished legal opinions issued prior to January 1, 2007 in violation of Ninth Circuit Rule 36-3(c).

Specifically, the parties agree to strike lines 8 through 22 of page 23 of Plaintiff's Memorandum in Support of Motion for Summary Judgment and/or Remand on the Pleadings, as well as the reference to that case contained in the Table of Cases, p. iv, line 21.

The parties similarly agree to strike the case citation contained within lines 26 and 27 of page 1 and the first case cited in lines 15 and 16 of page 8 of Plaintiff's Reply to Defendant's Cross-Motion for Summary Judgment in so far as those materials cite, quote and/or discuss unpublished opinions prohibited from citation by Rule 36-3(c).

1

Further, the parties agree to strike "Exhibit B" attached to plaintiff's Appendix of Unpublished Opinions and any other references to that unpublished opinion contained in that appendix.

Finally, plaintiff's counsel concedes that the citations and materials noted above violated Ninth Circuit Rule 36-3(c) and apologizes to both the Court and defendant for any inconvenience caused by this mistake. The violation of that Rule was not intentional nor an attempt to mislead or confuse the court or opposing counsel.

Respectfully submitted this 6th day of December, 2010.

Respectfully submitted,

Dated:  December 2, 2010         /s/ *Stephen A. Valizan*
                                 STEPHEN A. VALIZAN, ESQ.
                                 Attorney for Plaintiff

Dated:  December 4, 2010         BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ *Brenda M. Pullin*
                                 (As authorized via email)
                                 BRENDA M. PULLIN
                                 Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  DECEMBER 8, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE